NUMBER 13-99-026-CV 



COURT OF APPEALS 



THIRTEENTH DISTRICT OF TEXAS 



CORPUS CHRISTI 

____________________________________________________________________ 



MANUEL GARCIA URESTI, Appellant, 



v. 



DIANA SCHMIDT AROCHA, Appellee. 

____________________________________________________________________ 



On appeal from the 206th District Court 

of Hidalgo County, Texas. 

____________________________________________________________________ 



O P I N I O N 

Before Justices Hinojosa, Chavez, and Rodriguez 

Opinion Per Curiam 



Appellant, MANUEL GARCIA URESTI, perfected an appeal from a judgment
entered by the 206th District Court of Hidalgo County,
Texas, in cause number C-1187-96-D. After the record and briefs were
filed and after the cause had been set for submission and oral argument, appellant filed a
motion to dismiss the appeal. In the motion, appellant requests that this Court dismiss
the appeal. 

The Court, having considered the documents on file and appellant's motion to dismiss
the appeal, is of the opinion that the motion should be granted. Appellant's motion to
dismiss is granted, and the appeal is hereby DISMISSED. 

PER CURIAM 

Do not publish. 

Tex. R. App. P. 47.3. 

Opinion delivered and filed this 

the 16th day of March, 2000.